CHRISTOPHER SELLETTI, Defendant, v THOMAS F. LIOTTI, Appellant. JEFFREY LEVITT, Nonparty Appellant.

Submitted July 29, 2013; decided October 22, 2013

Motion by Thomas F. Liotti, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion by Jeffrey Levitt for leave to appeal denied.

---

KELVIN THEN et al., Appellants, v NEW YORK CITY TRANSIT AUTHORITY, Respondent, et al., Defendant.

Submitted September 9, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

ALEXANDRE VAN DAMME, Respondent, v NAHUM GELBER, Appellant, et al., Defendant. (And a Third-Party Action.)

Submitted September 3, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.